UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:　　　　　　　　　　Case Number 08-21002 JHW

Debtor: Pearlene Burch

| Check Number | Creditor | Amount |
|---|---|---|
| 1725299 | Xspand for Fundco | 8133.60 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   April 13, 2011