ROBERT M. RICH
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Creditor, Xspand for FUNDCO

| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| PEARLENE BURCH, | : | CHAPTER 13 |
| | : | CASE NO:   08-21002-JHW |
| | : | |
| Debtor. | : | NOTICE OF MOTION |

TO:  Isabel C. Balboa
     Chapter 13 Standing Trustee
     Cherry Tree Corporate Center
     535 Route 38-Suite 580
     Cherry Hill, NJ  08002

     DAVID PAUL DANIELS, P.A.
     3300 Federal Street
     Camden NJ  08105

MADAM AND SIR:

     PLEASE TAKE NOTICE that the undersigned, attorney for

TIAGI, Inc., assignee of Xspande for FUNDCO, shall apply

before the Hon. Judith H. Wizmur, Judge of the United States

Bankruptcy Court, on July    , 2013 at the United States

Bankruptcy Court, Camden, New Jersey, for an Order directing

the Clerk of the Court to pay to TIAGI, Inc. for Xspande for

FUNDCO the amount of $16,031.31, which funds have been

deposited by the Standing Trustee as undistributed funds.

The undersigned will rely upon the Certification of

Stephen H. Rosen with regard to this application.


/S/Robert M. Rich
ROBERT M. RICH
Attorney for TIAGI, Inc.
Xspand for FUNDCO