UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 08-21002 JHW

Debtor: Pearlene Burch

| Check Number | Creditor | Amount |
|---|---|---|
| 1823861 | Pearlene Burch | 23.09 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 11, 2013