| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

Order Filed on
**10/15/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is hereby ORDERED.

**DATED: 10/15/2013**

_____
Honorable Judith H. Wizmur
United States Bankruptcy Court

This matter having come before the Court by motion of _____ requesting payment of unclaimed funds in the amount of $ _____ and the Court being fully appraised,

IT IS HEREBY ORDERED:

That the amount of $ _____ is payable to:

Name:    _____

Current Address:    _____

_____

_____

_____

*rev.4/25/12*

*Approved by Judge Judith H. Wizmur October 15, 2013*